UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CORSO ENTERPRISES, INC., and ) <br> NATURAL PERFECTION, INC., ) <br>  ) <br> **Plaintiffs** ) <br>  ) <br> v. ) <br>  ) <br> SHOP AT HOME NETWORK, INC., ) <br> SUMMIT AMERICA TELEVISION, INC. ) <br> P. FLAVIN & ASSOCIATES, INC., and ) <br> PATRICIA FLAVIN, ) <br>  ) <br> **Defendants.** ) | No. 3:04-0260 <br><br> JUDGE TRAUGER |

### ORDER

For the reasons stated in the accompanying Memorandum, the Renewed and Supplemental Motion to Dismiss Plaintiffs' Tort-based Claims and to Strike Plaintiffs' Demand for Special, Indirect, Punitive, and Consequential Damages and Attorney Fees (Docket No. 38) filed by defendant Shop at Home Network, Inc. ("SATH") and defendant Summit America Television, Inc. ("Summit") is **DENIED**. The Plaintiffs' Motion for Reconsideration (Docket No. 83) requesting revision of the Memorandum and Order of the court dated September 27, 2004 (Docket Nos. 63, 64) is also **DENIED**.

It is so ordered.

Enter this 26th day of September 2005.

_____
ALETA A. TRAUGER
U.S. District Court Judge